IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST )<br>FROM ARGENTINA )<br>IN THE MATTER OF )    Misc. No. 05-<br>EDUARDO ISRAEL ) | |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Argentine authorities.

           COLM F. CONNOLLY
           United States Attorney

By: /s/ Richard G. Andrews
           Richard G. Andrews
           Assistant U.S. Attorney
           Delaware Bar I.D. No.2199
           1007 N. Orange Street
           Wilmington, DE   19801
           (302) 573-6277

Dated: 4/12/05