

REAL
IBLICA
F= 463
29
N 1562

------------------------TRADUCCIÓN PÚBLICA------------------------

The National Judiciary Power. ------------------------------------

**<u>CARLOS ALBERTO LIPORACE, A NATIONAL TRIAL JUDGE IN PENAL ECONOMIC MATTERS, IN CHARGE OF TRIAL COURT N° 4 IN AND FOR THE FEDERAL DISTRICT OF THE REPUBLIC OF ARGENTINA, TO THE JUDGE IN PENAL MATTERS WHO IS ON DUTY WITH JURISDICTION IN THE CITY OF DELAWARE, STATE OF DELAWARE, UNITED SATES OF AMERICA, COMPETENT IN THE CRIME OF SMUGGLING.</u>** ------------------

SENDS HIS GREETINGS, ROGATES AND LETS KNOW--------------------

That before this National Trial Court in Penal Economic Matters N° 4 under my charge, Clerk's Office N° 8 under charge of Mr. Marcelo Agüero Vera, Sq., is carried case N° 11,891, entitled "ISRAEL, Eduardo on SMUGGLING", wherein issue of these letters rogatory has been decided for the purpose of requesting Your Honor to kindly report whether at the building located at DELAWARE TRUST BUILDING 902 N MARKET ST. SUITE 104 WILMINGTON 19801 U.S.A., works, resides or is known EDUARDO ISRAEL, whose other identity data are unknown. If so, may Your Honor individualize said person's data, i.e. domicile of choice, complete name and surname, birth date and place, parents' names and surnames, civil status, and such other data as may enable his individualization). -----------------------------

As a legal protection, hereon is transcribed the official notice that orders the foregoing step: "Buenos Aires, October 13, 2004. ... May new International letters rogatory be issued to same addressee as those recorded on folio 197 face and back, so that they may report whether at said building apartments works, resides or is known EDUARDO ISRAEL, whose other personal data

SILVIA SUSA[N]
TRADUCTORA
INGLÉ[S]
CAP. FED. T°
PROV. T°
N° INSCRIP[.]

are unknown. If so, they are hereby requested to furnish such data as are required in the international letters rogatory the photocopy of which is recorded on folio 197 face and back." SIGNED: CARLOS AS. LIPORACE. JUSTICE. BEFORE ME. MARCELO AGÜERO VERA. CLERK. Buenos Aires, February 16, 2004. ".... May international letters rogatory be issued to the Penal Judge with jurisdiction in the city of Delaware, State of Delaware, United States of America, in the crime of smuggling, so that he may carry out any such steps as necessary to have ... with office at DELAWARE TRUST BUILDING 902 N MARKET ST. SUITE 104 WILMINGTON DE 19801 U.S.A. report such data as may enable to individualize Eduardo Israel (i.e. domicile of choice, complete name and surname, birth date and place, parents' names and surnames, civil status, and such other data as may enable his individualization)...". SIGNED: CARLOS A. LIPORACE. JUDGE. BEFORE ME. AMANDA RUIZ RAMÍREZ. CLERK. (P.R.S.). ----------------------------

That these letters rogatory are issued by virtue of the investigation that is being carried out in connection with case mentioned above, n° 11,891, titled "ISRAEL, Eduardo on SMUGGLING", whereunto Eduardo Israel would have presumably forged an irrevocable letter of credit N° L/C – JL 02-194, which was used for the purpose of importing to the Republic of Argentina second hand diesel engines, which transactions were proven by customs clearances n° 111,545-1/94, 116,235-8/94, 116,247-1/94, 122,905-5/94, 136,129-8/94, 136,137-3/94, and 154,849-9/94, as supported by aforesaid letter of credit N° L/C – JL 02-194. ----------------------------

It is because of such investigation that it is necessary to request that a report be issued on said Eduardo Israel's personal data, so as to proceed to identify

said Israel, whose personal card is filed with Clerk Office N° 8, in this Court, with photocopy thereof certified by Record's Officer being forwarded hereunto as attached to these letters rogatory. ------

I BEG AND ROGATE Y.H. to appropriately comply with these letters rogatory, offering him reciprocity for analogous cases.------

Given, sealed and undersigned at my Public Office, in the Buenos Aires, Federal Capital City of the Republic of Argentina, on this 14th. day of October in the year 2004. (Signature) (Seal) Carlos A. Liporace. Judge. ------

I hereby certify as a matter of law that the signature that appears at the foot of foregoing letters rogatory, with explanatory seal reading "CARLOS A. LIPORACE – JUDGE", coincides with that registered by said Judge with this Court of Appeal. Buenos Aires, October 19, 2004. (Signature) (Seal) Roberto Enrique Hornos. President. (Sal) National Court of Appeals in Penal Economic Matters in and for the Federal Capital City of Buenos Aires. Republic of Argentina. ------

I HEREBY CERTIFY that this translation is a true and correct English version of the attached document in Spanish. Buenos Aires, November 2, 2004 (In Spanish only for authentication purposes:) ES TRADUCCIÓN FIEL al idioma inglés del documento adjunto, redactado en idioma castellano, que he tenido a la vista y al cual me remito en Buenos Aires a 2 días de noviembre de 2004.------

SILVIA SUSANA REAL
TRADUCTORA PUBLICA
INGLÉS
CAP. FED. T° VII - F° 468
PROV. T° VIII - F° 39
N° INSCRIPCION 1562